# EXHIBIT A

Planet Home Lending
WE'LL GET YOU HOME
Return Mail Processing
PO Box 589
Claysburg, PA 16625-0589

January 24, 2024

[redacted]
JEFFREY STEWART BENSON
[redacted]
HAMPSTEAD, NC 28443-[redacted]
[redacted]

**RE: NOTICE OF DATA BREACH**

Dear Jeffrey Stewart Benson:

Planet Home Lending, LLC ("Planet") is writing to notify you of a recent incident that may affect the privacy of some of your personal information. Planet takes the protection of your information very seriously. Although we have no specific evidence of identity theft or fraud related to your information as a result of this incident, this letter provides information about the incident, our response, and steps you may wish to take to protect against misuse of your information.

**What Happened?** Planet was one of many companies around the world whose information security systems were compromised by the threat actor LockBit in connection with one of its recent global ransomware campaigns. The root cause of the incident was a vulnerability (which has been termed "Citrix Bleed") existing in a software program that Planet purchased from Citrix Systems, Inc., a worldwide leader in technology solutions. While Planet had implemented multiple layers of security tools designed to prevent this type of unauthorized access, the threat actor was able to exploit this Citrix Bleed vulnerability to bypass these protections.

The attack occurred on November 15, 2023, and Planet became aware of it that same day. Upon discovery, we took immediate action to contain the compromise and eradicate the threat. We also retained an experienced outside forensics firm to conduct a thorough investigation into the cause and impact of the breach, to confirm the attack had been contained and no additional unauthorized access had occurred, and to determine whether and to what extent any customer data may have been affected. On November 28, 2023, Planet was able to determine with reasonable certainty that the threat actor accessed a read-only data folder in which copies of loan files containing personally identifiable information of some of its customers were stored. Once we were able to make the determination that the data folder had been compromised, we worked diligently to thoroughly analyze the large volume of impacted data in order to determine the specific data elements and parties impacted. This notice has not been delayed as a result of a law enforcement investigation.

**What Information Was Involved?** The investigation determined that certain of your personal information was present in the loan files that were compromised by the threat actor, including the following data elements: name, address, Social Security number, loan number, and financial account number.

[redacted]

[redacted]

**What We Are Doing.** We take this incident and the security of information in our care seriously. Upon learning of this incident, we promptly secured our environment, conducted a full forensic investigation to determine the nature and scope of the compromise, and notified the FBI. In accordance with the standard recommendation of the FBI and financial regulators, we have not paid, and do not anticipate paying, any ransom amount to the threat actor. We have also implemented additional technical safeguards to help prevent similar incidents in the future. Further, we are currently in the process of retaining a third-party consultant to perform a complete audit and risk assessment of Planet's information security technology, controls and processes, in order to ensure we are employing appropriate safeguards to protect our valued customers' personal information.

Although we are unaware of any actual or attempted identity theft or fraud resulting from this incident, we are offering you access to 24 months of complimentary credit monitoring and identity protection services through Experian's IdentityWorks, which provides you with superior identity detection and resolution of identity theft. Details of this offer and instructions on how to enroll in the services may be found in the attached *Steps You Can Take to Protect Personal Information*. If you would like to enroll in these services, you will need to follow the instructions included on page 3 below, as we are unable to enroll you automatically.

**What You Can Do.** Please review the information contained in the attached *Steps You Can Take to Help Protect Your Information*. We encourage you to remain vigilant against incidents of identity theft and fraud by reviewing your account statements, monitoring free credit reports you are entitled to receive, and immediately reporting any suspicious activity or incidents of suspected identity theft or fraud to your bank or other financial institution(s). You may also activate your access to the IdentityWorks identity and credit monitoring services we are providing you. There is no charge to you for the cost of these services; however, you will need to follow the instructions on page 3 below to activate your enrollment in this service.

**For More Information.** If you have questions regarding this incident, you may contact a dedicated assistance line at 833-918-0241 Monday - Friday 9 a.m. to 9 p.m. Eastern Standard Time. You may also write to Planet at 321 Research Parkway, Suite 303, Meriden, CT 06450.

Sincerely,

Planet Home Lending, LLC

[redacted] [redacted]